UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION


JANE DIMAGGIO, etc.,

    Plaintiff,

v.                            Case No. 3:06-cv-248-J-HTS

JO ANNE B. BARNHART,
Commissioner of
Social Security,

    Defendant.

**O R D E R**

This cause is before the Court on Plaintiff's Motion for Attorney's Fees (Doc. #20; Application), filed December 22, 2006. It is represented that Defendant has no objection to the amount sought in the Application. Application at 2.

The Application requests the Court to award $3,201.00 in fees to Plaintiff's counsel pursuant to the Equal Access to Justice Act. *Id.* at 1, 2. Counsel expended 19.4 hours in representing Plaintiff before the Court in 2006. *Id.* at 6, 7; Statement of Professional Services Rendered to Jane Dimaggio, attached to the Application. *But see* Application at 2 (indicating 13.3 hours spent).

Having reviewed the Application and case file herein, the Court finds Plaintiff satisfies the statutory requirements for an award of fees. *See* 28 U.S.C. § 2412(d). Thus, in light of the parties' agreement, Plaintiff may reasonably be awarded $3,201.00 in attorney fees.

Accordingly, the Application (Doc. #20) is **GRANTED** and the Clerk of the Court is directed to enter judgment in favor of Plaintiff and against Defendant for attorney fees in the amount of $3,201.00.

**DONE AND ORDERED** at Jacksonville, Florida this 17th day of January, 2007.

/s/      Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of record
    and pro se parties, if any